United States District Court
Southern District of Texas
**ENTERED**
May 12, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Russell W. Hamner, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. H-21-2380 |
| | § | |
| Jose Angel Moreno, et al., | § | |
| *Defendants*. | § | |

## ORDER OF ADOPTION

On April 21, 2022, Magistrate Judge Peter Bray recommended that Defendants' motion to dismiss be granted and that the case be dismissed with prejudice. ECF No. 24. Plaintiff filed objections. ECF No. 25. Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed on May 12, 2022, at Houston, Texas.

David Hittner
United States District Judge